IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *     Criminal No. 16-00024-CG |
| v. | * |
| | * |
| NATALIE REED PERHACS | * |
| | * |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through the United States Attorney for the Southern District of Alabama, and files this motion to continue the sentencing hearing for defendant Natalie Perhacs, which is currently set for February 13, 2017 at 1:00pm.

On September 19, 2016, the trial for defendants John Patrick Couch and Xiulu Ruan was continued until January 4, 2017.  *See* 15-cr-00088-CG.  The United States anticipates calling Perhacs as a witness in this trial.  Since the trial is estimated to last six weeks, the United States and counsel for Perhacs request that the Court continue this sentencing hearing for an additional 90 days.

Respectfully submitted this 10th day of October, 2016.

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: */s/Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251) 441–5845
christopher.bodnar@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that I have filed the foregoing pleading with the clerk of the Court using CM/ECF, which automatically serves a copy of the same upon counsel for the defendant this the 10th day of October 2016.

*s/Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney